

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellants

v.

Robert Scott **RANKIN**, Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants' motion to supplement appellate record is hereby DENIED.

It is so **ORDERED** on May 8, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court